Bruce W. Brewer, OSB #925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | | |
|---|---|---|
| **JASON COZAD,** | ) | Case No.6:22-cv-00503-HL |
| | ) | |
| Plaintiff, | ) | **ORDER FOR ATTORNEY FEES** |
| | ) | **- 42 USC §406(b)** |
| v. | ) | |
| | ) | |
| | ) | |
| **COMMISSIONER,** | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

It is ORDERED that the motion for attorney fees is hereby GRANTED and that

an attorney fee pursuant to 42 U.S.C. §406(b) in the net  amount of $7,931.88 is hereby

awarded to Plaintiff's Counsel Bruce Brewer, from which applicable processing and/or

user fees may be deducted. The fee represents 25% of the Plaintiff's retroactive

benefits minus the EAJA fee and it comports with applicable law and the fee agreement

entered into by Plaintiff. It is ORDERED that the fee is to be paid out of Plaintiff's

past-due benefits in accordance with agency policy and that it is to be paid directly to

ORDER - 1

Plaintiff's Counsel by check made payable to Bruce Brewer and sent to him at PO Box

421, West Linn, OR 97068.

Funds remaining after the payment of attorney fees shall be released to Plaintiff.

It is so ORDERED this ___1___ day of July, 2025.

_____

The Honorable Andrew D. Hallman
U.S. District Court Magistrate Judge

Presented by:
Bruce W. Brewer, OSB #925581

ORDER - 2